**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Santander Consumer USA Inc.
Our File No.:  47360
JM-5630

Order Filed on October 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Lisa Reeves Fellenger

| | |
|---|---|
| Case No.: | 14-16328 |
| Hearing Date: | 10-30-2018 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____ Santander Consumer USA Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

> 2014 Nissan Versa
> Vehicle Identification Number
> 3N1CE2CP9EL384165

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Reeves Fellenger  
    Debtor

Case No. 14-16328-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: Oct 30, 2018  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.  
db　　　　　+Lisa Reeves Fellenger,　184 North Avenue,　Pitman, NJ 08071-1436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:

    Denise E. Carlon　on behalf of Creditor　M&T BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    Eric Clayman　on behalf of Debtor Lisa Reeves Fellenger jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
    Isabel C. Balboa　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa (NA)　on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
    John R. Morton, Jr.　on behalf of Creditor　Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
    Joshua I. Goldman　on behalf of Creditor　M&T BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Rebecca Ann Solarz　on behalf of Creditor　M&T BANK rsolarz@kmllawgroup.com  
    Stephanie F. Ritigstein　on behalf of Debtor Lisa Reeves Fellenger jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9